**Connie J. GARRETT, Plaintiff–
Appellant,**

v.

**MASK BROTHERS TRUCKING CO.,
INC., and Steven K. Crumby,
Defendants–Respondents.**

**No. ED 77279.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 13, 2001.

James S. Collins, II, St. Louis, for appel-
lant.

Ted L. Perryman, St. Louis, for respon-
dent.

Before MOONEY, P.J., SIMON and
SULLIVAN, JJ.

### ORDER

PER CURIAM.

Connie J. Garrett ("Plaintiff") appeals
the trial court's judgment in favor of Mask
Brothers Trucking Company and Stephen
Crumby ("Defendants") and against Plain-
tiff in her lawsuit for damages against
Defendants for negligence. Plaintiff
claims the trial court abused its discretion
by allowing Defendants' expert, Thomas
Schaefer ("Expert"), to testify regarding
the circumstances of the accident over
Plaintiff's objection. We affirm.

We have reviewed the parties' briefs and
the record on appeal. An opinion reciting
the detailed facts and restating the princi-
ples of law would have no precedential
value. However, the parties have been
furnished with a memorandum for their
information only, setting forth the reasons
for this order pursuant to Rule 84.16(b).

We affirm the judgment.